FILED: July 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6541
(7:21-cv-00213-PMS)

_____

KARSTEN OBED ALLEN

       Plaintiff - Appellant

v.

T. NORVELL, Sergeant, Housing Unit B at Keen Mountain Correctional Center

       Defendant - Appellee

and

R. MULLINS, Correctional Officer, Housing Unit B at Keen Mountain Correctional Center; G. V. HORNE, Lieutenant at Keen Mountain Correctional Center; T. LOWE, Institutional Hearings Officer at Keen Mountain Correctional Center; KEVIN MCCOY, Assistant Warden at Keen Mountain Correctional Center; A. T. COLLINS, Unit Manager at Keen Mountain Correctional Center

       Defendants

_____

RULE 42(b) MANDATE

_____

       This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk